

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00440-CR

Ronald **GUILLORY**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 1991CR4522
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting: Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: August 22, 2018

DISMISSED FOR LACK OF JURISDICTION

Appellant attempts to appeal from an order signed on May 4, 1992. The clerk's record contains an order altering and amending the conditions of probation signed on September 3, 1992. This court does not have jurisdiction to consider an appeal from an order altering or modifying community supervision conditions. *Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) ("There is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision."); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.).

In addition, the notice of appeal—filed on June 25, 2018—is untimely. *See* TEX. R. APP. P. 26.2(a). Absent a timely notice of appeal, this court lacks jurisdiction over the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

We therefore ordered appellant show cause in writing why this appeal should not be dismissed for want of jurisdiction. Appellant did not file a response. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

Do not publish